HERBERT D. ADLER v. PILOT INDUSTRIES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante,* p. 924.]

IRVING TRUST COMPANY, as Trustee under Mortgage Indenture of FIFTEEN PARK ROW CORPORATION, Dated as of May 1, 1932, v. FIFTEEN PARK ROW CORPORATION et al. ROBERT HAGENOW.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 920.]

BENJAMIN A. COHEN, Doing Business under the Name of BRUNSWICK MILLS, v. ECHAVARRIA, CABO & CIA LTDA., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 928.]

DRY DOCK SAVINGS INSTITUTION v. 103 EAST 75TH STREET APARTMENTS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 923.]

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. 1165 FIFTH AVENUE CORPORATION et al., and EMORY REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 920.]

FRANKLIN SQUARE NATIONAL BANK v. GREAT ATLANTIC BUILDING MATERIAL SUPPLY CORP. et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 930.]

In the Matter of AARON H. LERNER (Also Known as AARON HARRY LERNER), an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See *ante,* p. 602.]

## (June 17, 1946.)

JOSE M. MAYORGA, Respondent, v. D. W. HUTCHINSON & Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FAY PLOTKIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

PHILIP CARVEL, Appellant, v. JOHN KELLYS (LONDON) LIMITED, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

KONSTANTINS K. APTERS, Respondent, v. REM FOUNDATIONS, INC., et al., Appellants.— Orders unanimously affirmed, each with $10 costs and disbursements, with leave to the defendants to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MARY MARANO, Respondent, v. ROCCO LO CARRO et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.